IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SCOTT DOLEMBA, ) | |
| ) | 13-cv-7832 |
| Plaintiff, ) | |
| ) | Honorable Rebecca R. Pallmeyer |
| vs. ) | Magistrate Sheila M. Finnegan |
| ) | |
| ADZZUP, INC., ) | |
| ) | |
| Defendants. ) | |

### FED.R.CIV.P. 41(a)(1)
### NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff hereby voluntarily dismisses his claims against Defendant without prejudice, with each party to bear its own costs.


       s/ Sharon Goott Nissim
       Sharon Goott Nissim


Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Sharon Goott Nissim
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 South LaSalle Street, Suite 1800
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

1

## **CERTIFICATE OF SERVICE**

  I, Sharon Goott Nissim, hereby certify that on December 16, 2013, I caused to be filed the foregoing documents via the CM/ECF System. I further certify that on this date, or as soon thereafter as service may be effectuated, I will cause to be served a true and accurate copy of the foregoing documents via U.S. Mail:

Jeff Hosek
Adzzup, Inc.
8240 South Kyrene Road, Suite 101
Tempe, Arizona 85284

                  s/ Sharon Goott Nissim
                  Sharon Goott Nissim