# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Scott Dolemba
　　　　　　　　　　Plaintiff,

v.　　　　　　　　　　　　　　　　　　Case No.: 1:13−cv−07832
　　　　　　　　　　　　　　　　　　　Honorable Rebecca R. Pallmeyer

Adzzup, Inc.
　　　　　　　　　　Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 17, 2013:

　　　MINUTE entry before the Honorable Rebecca R. Pallmeyer: Pursuant to Notice, the above cause is dismissed without prejudice, with each party to bear its own costs. Motion to certify class is stricken as moot. Status hearing set for 1/8/2014 is stricken. Civil case terminated. Mailed notice(etv, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.